THE HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HOA DANG and HOA PHU, wife and husband, DREW DUNBAR, a single individual, and PEMCO MUTUAL INSURANCE COMPANY, a Washington Corporation,<br><br>    Defendants. | Civil No.: 2:21-cv-1610-BJR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Allstate Fire and Casualty Insurance Company, by and through its attorneys Douglas F. Foley, Alayna L. Nicholes, and Kevin M. Sampson of Foley Sampson & Nicholes, PLLC, and Defendants Hoa Dang and Hoa Phu, by and through their attorneys, Michael P. Brown and Miles C. Bludorn of Gordon Tilden Thomas & Cordell LLP, hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without

costs to either party for the reasons that this matter has been fully resolved.

    IT IS SO STIPULATED:


DATED: 4/18/22        */s/ Douglas F. Foley*
                                          DOUGLAS F. FOLEY, WSBA #13119
                                          Of Attorneys for Plaintiff


DATED: 4/18/22        */s/ Michael P. Brown*
                                          MICHAEL P. BROWN, WSBA #45618
                                          MILES C. BLUDORN, WSBA #54238
                                          Attorneys for Defendants Hoa Dang
                                                and Hoa Phu

          PREJUDICE (Case #2:21-cv-1610-BJR)

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter be dismissed with prejudice as to all parties.

DATED this 21st day of April, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

*/s/ Douglas F. Foley*
DOUGLAS F. FOLEY, WSBA #13119
Attorney for Plaintiff

APPROVED AS TO FORM:

*/s/ Michael P. Brown*
MICHAEL P. BROWN, WSBA #45618
MILES C. BLUDORN, WSBA #54238
Attorneys for Hoa Dang and Hoa Phu